1
2
3              IN THE CIRCUIT COURT OF THE STATE OF OREGON
4                        FOR THE COUNTY OF UNION
5     MARIA D. PROUFLIS,
                                        Case No. 22CV13795
6              Plaintiff,
                                        SUMMONS
7        v.
8     OREGON HEALTH AND SCIENCE
      UNVERSITY, an Oregon public
9     corporation,
10             Defendant.

11    **To:    Alice Cuprill-Comas, Authorized Representative for Oregon Health and
              Science University, 3181 SW Sam Jackson Road, Suite L585, Portland, OR
12            97239**

13            YOU ARE HEREBY required to appear and defend the Complaint filed against you in the
      above-entitled action within thirty (30) days from the date of service of this Summons upon you,
      and in case of your failure to do so, for want thereof, Plaintiff will apply to the court for the relief
14    demanded in the Complaint.

15    ┌─────────────────────────────────┐
      │   **NOTICE TO THE DEFENDANT:**   │
16    │  **READ THESE PAPERS CAREFULLY!** │
      │  You must "appear" in this case  │     _____
17    │ or the other side will win auto- │     SIGNATURE OF ATTORNEY FOR PLAINTIFF
      │ matically. To "appear" you must  │
18    │ file with the court a legal docu-│
      │ ment called a "motion" or        │     Brent H. Smith         065971
19    │ "answer." The "motion" or        │     ATTORNEY'S NAME         BAR NO.
      │ "answer" must be given to the    │
20    │ court clerk or administrator     │
      │ within 30 days along with the    │     808 Adams Avenue, PO Box 967
21    │ required filing fee. It must be  │     ADDRESS
      │ in proper form and have proof of │
      │ service on the Plaintiff's       │
22    │ attorney or, if the Plaintiff    │     La Grande, OR      97850  (541) 963-3104
      │ does not have an attorney, proof │     CITY    STATE       ZIP    PHONE
      │ of service on the Plaintiff. If  │
23    │ you have questions, you should   │
      │ see an attorney immediately. If  │
24    │ you need help in finding an      │
      │ attorney, you may contact the    │
25    │ Oregon State Bar's Lawyer        │
      │ Referral Service online at       │
26    │ www.oregonstatebar.org or by     │
      │ calling (503) 684-3763 (in the   │
      │ Portland metropolitan area) or   │
      │ toll-free elsewhere in Oregon at │
      │ (800) 452-7636.                  │
      └─────────────────────────────────┘

      STATE OF OREGON        )
                             ) ss.
      County of Union        )

             I, the undersigned attorney of record for the Plaintiff, certify that the foregoing is an
      exact and complete copy of the original summons in the above-entitled action.


                                             _____
                                             ATTORNEY OF RECORD FOR PLAINTIFF

      1 – SUMMONS [Case No. 22CV13795]

BAUM SMITH LLC
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF UNION

| | |
|---|---|
| MARIA D. PROUFLIS,<br><br>        Plaintiff,<br><br>   v.<br><br>OREGON HEALTH AND SCIENCE UNVERSITY, an Oregon public corporation,<br><br>        Defendant. | Case No.       22CV13795<br><br>COMPLAINT<br><br>(42 USC §2000e-5 - Employment Religious Discrimination, Wrongful Termination)<br><br>Claim for Relief $411,957.60<br><br>NOT SUBJECT TO MANDATORY ARBITRATION<br><br>JURY TRIAL REQUESTED<br><br>Fee Authority: ORS 21.160(1)(c) |

Plaintiff, Maria D. Prouflis, (hereinafter "Plaintiff") alleges:

1.

At all times material to this action, Plaintiff was a resident of Jackson, Ocean County, New Jersey.

2.

Defendant Oregon Health & Science University ("OHSU") is an Oregon public corporation. Defendant conducts regular, sustained business activity in Union County, Oregon. Defendant OHSU employs six or more persons in the State of Oregon. At all material times Defendant OHSU was Plaintiff's employer.

**FACTS**

3.

On December 2, 2019 Plaintiff began working for Defendant as a medical coder. At all material times, Plaintiff performed her job duties satisfactorily.

1 – COMPLAINT

BAUM SMITH LLC
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

4.

For the entirety of Plaintiff's employment with Defendant she lived and worked for OHSU remotely from her home in New Jersey. Plaintiff has never been to Oregon.

5.

In September 2021 Defendant mandated Plaintiff receive a Covid-19 vaccination as a condition of continued employment.

6.

Beginning on September 2, 2021 Plaintiff began putting Defendant on notice of her sincerely held religious beliefs which prevented her from receiving a Covid-19 vaccination.

7.

Defendant required Plaintiff and other employees to complete "religious exception" forms which forms amounted to unlawful religious inquisition and discrimination.

8.

Before denying Plaintiffs' request for accommodation or notifying Plaintiff her employment would be terminated Defendant publicly posted Plaintiff's job as open and used her name in the posting.

9.

An unvaccinated Plaintiff did not pose a direct threat to workplace safety because Plaintiff worked remotely from her home in New Jersey and did not interact with other employees of Defendant or the public in connection with her work for Defendant.

10.

Defendant refused to accommodate Plaintiff and terminated her employment on December 2, 2021.

/ / /

2 – COMPLAINT

BAUM SMITH LLC
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

11.

Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") on January 4, 2022. Plaintiff received notice of her right to sue from the United States Department of Justice on March 8, 2022.

PLAINTIFF'S FIRST CLAIM FOR RELIEF

(42 USC § 2000e-5 - Employment Religious Discrimination)

12.

Plaintiff realleges paragraphs 1 through 11 and incorporates them herein.

13.

Plaintiff has a sincerely held religious belief which prevents her from receiving a Covid-19 vaccination.

14.

On September 2, 2021 Plaintiff put Defendant on notice of her sincerely held religious belief which prevented her from receiving a Covid-19 vaccination.

15.

Defendant's method of evaluating what it called "religious exceptions" to its Covid-19 vaccination policy is discriminatory as the forms were by design meant to convince employees, like Plaintiffs, that they did not have a sincerely held religious belief which prevented them from receiving a Covid-19 vaccination and to embarrass Plaintiff and other employees.

16.

Defendant did not make a good-faith effort to reasonably accommodate Plaintiff's religious beliefs and could have done so without incurring an undue hardship because Plaintiff worked remotely and did not pose a direct threat to the workplace by remaining unvaccinated against Covid-19.

/ / /

3 – COMPLAINT

BAUM SMITH LLC
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

17.

Defendant terminated Plaintiff's employment on December 2, 2021 because she was not vaccinated.

18.

Plaintiff requests the court award her $111,957.60 in front pay in lieu of reinstatement.

19.

Plaintiff requests the court award her $300,000.00 in compensatory damages for future pecuniary losses, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life.

20.

Plaintiff requests an award of her reasonable attorney fees and expert witness fees pursuant to 42 USC §2000e-5(k).

PLAINTIFF'S SECOND CLAIM FOR RELIEF

(Wrongful Termination)

21.

Plaintiff realleges paragraphs 1 through 20 and incorporates them herein.

22.

Defendant terminated Plaintiff's employment.

23.

Plaintiff had a right to free of religious discrimination in her employment.

24.

A substantial factor in the decision to discharge Plaintiff was her religious beliefs. Defendant failed to engage in a meaningful interactive process with Plaintiff regarding accommodating her religious beliefs. Defendant engaged in a "religious exception" process meant to belittle Plaintiff's religious beliefs.

4 – COMPLAINT

BAUM SMITH LLC
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

25.

As a direct result of Defendant's conduct, Plaintiff was terminated and has suffered economic damages in the form of lost wages and benefits, including back pay, front pay in lieu of reinstatement, and any other economic damages the court deems appropriate in an amount not greater than $111,957.60.

26.

As a direct result of Defendant's conduct, Plaintiff suffered emotional distress and other nonpecuniary losses and is entitled to recover noneconomic damages in an

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

5 – COMPLAINT

**Baum Smith LLC**
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

27.

To the extent that any amount awarded to Plaintiff is for damages occurring prior to the entry of judgment, Plaintiff is entitled to an award of pre-judgment interest at the legal rate from the date the damage occurred until the date of judgment.

WHEREFORE, Plaintiff prays for a judgment against the Defendant for relief as follows:

1.    Economic damages in the amount of $111,957.60;

2.    Non-economic damages in the amount of $300,000.00;

3.    Plaintiff's attorney fees, expert costs, costs and disbursements incurred herein; and

4.    Such other relief that the court deems just and equitable.

DATED this 25th day of April, 2022.

BAUM SMITH, LLC
Attorney for Plaintiff

By_____
        Brent H. Smith
        OSB No. 065971
        808 Adams Avenue
        PO Box 967
        La Grande, OR 97850
        Telephone (541) 963-3104
        Facsimile: (541) 963-9254
        e-mail: office@baumsmith.com

6 – COMPLAINT

BAUM SMITH LLC
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com



# Multnomah County Sheriff's Office

**CIVIL PROCESS UNIT**

**2955 NE 172nd Place • Portland, OR 97230**

*Exemplary service for a safe, livable community*

MICHAEL REESE
SHERIFF

503 988-5300 PHONE
503 988-4500 TTY
www.mcso.us

**County:** UNION

**Court Case:** 22CV13795

**MCSO Case #:** 2022-350846                    Served

**Court:** CIRCUIT

RE:  PROUFLINS,MARIA D

VS.

OREGON HEALTH AND SCIENCE

I hereby certify that the following documents

COMPLAINT
SUMMONS

was/were delivered to me for service on the 11 day of May, 2022, and was/were

duly certified to be true copy by PLAINTIFF.

I further certify that I served the papers upon

CUPRILL-COMAS,ALICE

at the office he/she maintains for the conduct of business at 3181 SW SAM JACKSON PARK RD ,
PORTLAND

by leaving a true copy with JULIE MEEK the person who is apparently

in charge of the said office, on the 7 day of June, 2022 during normal working hours,

at to wit 10:37 AM

MICHAEL REESE, SHERIFF
Multnomah County, Oregon

By: _____

MCGARRY,DAVID J DPSST#: 39569

*Please be advised if a substituted service is made the plaintiff shall cause to be mailed, by first class mail,
true copies of the summons and the complaint to the defendant at defendants dwelling house or usual place
of abode, together with a statement of the date, time, and place at which substituted service was made and a
certificate of service for this action shall be filed with the court.  Please contact an attorney if you have any
additional questions.