UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MARIA D. PROUFLIS  
    Plaintiff,

Case No.: 3:22-cv-00973-SI

v.

OREGON HEALTH AND SCIENCE UNIVERSITY  
    Defendant.

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

Pursuant to LR 26-2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

DATED: 7/29/22

Signature: *[signature]*

Name and OSB ID: Brent H. Smith, OSB No. 065971

E-mail Address: brent@baumsmith.com

Firm Name: Baum Smith, LLC

Mailing Address: 808 Adams Avenue

City, State, Zip: La Grande, OR 97850

Parties Represented: Plaintiff, Maria Prouflis