THOMAS R. JOHNSON, Bar No. 010645
tom.johnson@stoel.com
BRENDA K. BAUMGART, Bar No. 992160
brenda.baumgart@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARIA D. PROUFLIS, | Case No.: 3:22-cv-00973-SI |
| Plaintiff, | **NOTICE OF FIRM CHANGE** |
| v. | |
| OREGON HEALTH AND SCIENCE UNIVERSITY, | |
| Defendant. | |

PLEASE TAKE NOTICE that Thomas R. Johnson has moved from Perkins Coie to Stoel Rives LLP. Thomas R. Johnson remains as counsel for Defendant Oregon Health and Science

/ / /

/ / /

/ / /

Page 1 – PLEADING TITLE
118446704.1 0027345-00082

University. All future correspondence and pleadings should be served on Mr. Johnson at the contact information listed below:

>Thomas R. Johnson
>STOEL RIVES LLP
>760 SW Ninth Avenue, Suite 3000
>Portland, Oregon 97205
>Telephone: (503) 224-3380
>Email: tom.johnson@stoel.com

DATED:  February 10, 2023            STOEL RIVES LLP

*s/ Thomas R. Johnson*
THOMAS R. JOHNSON, Bar No. 010645
tom.johnson@stoel.com
BRENDA K. BAUMGART, Bar No. 992160
brenda.baumgart@stoel.com

*Attorneys for Defendant*