Brent H. Smith, OSB #065971
E-mail: brent@baumsmith.com
Baum Smith, LLC
P.O Box 967
808 Adams Avenue
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254

    Attorneys for Plaintiff Maria D. Prouflis

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARIA D. PROUFLIS,<br><br>    Plaintiff,<br><br>v.<br><br>OREGON HEALTH AND SCIENCE UNIVERSITY, an Oregon Public Corporation and Governmental Entity; WAYNE MONFIES; RUTH BEYER; JAMES A. CARLSON; DANNY JACOBS; CHAD PAULSON; STEVE ZIKA; STACY CHAMBERLAIN; PRASHANT DUBEY and DOES 1 and 2,<br><br>    Defendant. | Case No.: 3:22-cv-00973-SI<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |

    Based on the parties' stipulation below, and the court being fully advised; now, therefore;

/ / /

/ / /

1 – STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

**BAUM SMITH LLC**
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com

IT IS HEREBY ORDERED AND ADJUDGED that this matter is dismissed with prejudice as to all claims and without an award of costs to any party.

DATED this __24th__ day of __August__, 2023.

_____

IT IS SO STIPULATED:

| | |
|---|---|
| BAUM SMITH, LLC | STOEL RIVES, LLP |
| By: _____ | By: _____ |
| Brent H. Smith, OSB #065971<br>Phone: 541.963.3104<br>Email: brent@baumsmith.com<br>Attorneys for Plaintiff | Alex Van Rysselberghe, OSB No. 174836<br>Phone: 503.224.3380<br>Email: alex.vanrysselberghe@stoel.com<br>Attorneys for Defendant |

2 – STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

**BAUM SMITH LLC**
808 Adams Ave - PO Box 967
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax: (541) 963-9254
Email: office@baumsmith.com